## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** ) | |
| **LIABILITY LITIGATION** ) | |
| ) | No. 3:06-MD-1760 |
| **(MDL No. 1760)** ) | Judge Campbell/Brown |
| ) | |
| **This Document Relates to:** ) | |
| 3:6-cv-00817 (*Kuzara*) ) | |

### ORDER

Before the court are two motions: 1) plaintiff's unopposed renewed second motion to substitute (MDL Doc. 7412; Related Case 83); 2) plaintiff's unopposed motion to reconsider sanctions (MDL Doc. 7408; Related Case 82).

The motion to substitute (MDL Doc. 7412; Related Case 83) is **GRANTED**. The motion to reconsider sanctions (MDL Doc. 7408; Related Case 82) is **GRANTED** as well. That part of the court's April 7, 2014 order (MDL Doc. 7375; Related Case 79) that imposed sanctions is **RESCINDED**.

It is so **ORDERED**.

**ENTERED** the 23rd day of June, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge